IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR16 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS MENDCUTI-EHUAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal (Filing No. 4), requesting leave to dismiss without prejudice the indictment as it relates to the defendant. The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion for leave of court to file a dismissal is granted. The indictment as it pertains to Thomas Mendicuti-Ehuan is dismissed without prejudice.

DATED this 26th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court